# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NICKI BOYD, | ) | Case No.:  2:14-cv-02094-GMN-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING REPORT &** |
| | ) | **RECOMMENDATION OF MAGISTRATE** |
| ARTHUR GATLER, | ) | **JUDGE LEEN** |
| Defendant. | ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered February 3, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by February 20, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendation that Plaintiff's Application to Proceed *In Forma Pauperis* be denied (ECF No. 1), and Plaintiff's Complaint (ECF No. 1-1) be dismissed with prejudice.  Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 2) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED** (ECF No. 1).

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1-1) is **DISMISSED with prejudice**.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this 31st day of March, 2015.

_____

Gloria M. Navarro, Chief Judge
United States District Court